**UNITED STATES COURT OF APPEALS**

FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 13, 2026

Mr. Neal Kumar Katyal
Milbank
1101 New York Avenue, N.W.
Washington, DC 20005

    Re: Case No. 26-1639
       *Dana Nessel v. KalshiEX LLC*
       Originating Case No. 1:26-cv-00731

Dear Counsel,

Briefing in this case will be held in abeyance temporarily pending appellant's motion to stay the briefing schedule. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

                    Sincerely yours,

                    s/Kelly Stephens

                    Appeal Case Manager: Roy
                    Direct Dial No. 513-564-7016

cc: Mr. Davis Benjamin Campbell
    Ms. Lauren E. Fitzsimons
    Mr. Jason Andrew Geissler
    Mr. Felepe H. Hall
    Mr. William Ernest Havemann
    Ms. Samantha Kinsella Ilagan
    Mr. Grant R. Mainland
    Mr. Andrew Leighton Porter
    Ms. Colleen E. Roh Sinzdak
    Mr. Joshua Brooks Sterling