No. 26-1639

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Aug 24, 2026
KELLY L. STEPHENS, Clerk

DANA NESSEL, Attorney General of the State of Michigan on behalf of the People of the State of Michigan and the Michigan Gaming Control Board,

Plaintiff - Appellee,

v.

KALSHIEX LLC, a Delaware corporation based in New York,

Defendant - Appellant.

O R D E R

KalshiEX, LLC, appeals the district court's order remanding the action to state court. KalshiEX moves to hold briefing in abeyance pending this court's disposition of *KalshiEX, LLC v. Schuler*, No. 26-3196, and *KalshiEX, LLC v. Orgel*, No. 26-5235. The plaintiff responds in opposition.

Upon review, the motion for a briefing abeyance is GRANTED, and briefing will be held in abeyance pending this court's resolution of *KalshiEX, LLC v. Schuler*, No. 26-3196, and *KalshiEX, LLC v. Orgel*, No. 26-5235. KalshiEX shall file a status report within 21 days of the court's judgment in Nos. 26-3196/5235.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk